AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Jaime Edmondson, Alana Campos, John Coulter, Jessica Burciaga, Brenda Lynn Geiger, Clark Gilmer, Jessica Hinton, Rachel Bernstein Koren, Amber Lancaster, Ursula Mayes, Carrie Minter, et al., <br><br>_Plaintiff(s)_<br><br>v.<br><br>CALIENTE RESORTS, LLC, d/b/a CALIENTE RESORT, and CALIENTE VACATION CLUB, LLC,<br><br>_Defendant(s)_ | Civil Action No. 8:15-cv-2672T23TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CALIENTE VACATION CLUB, LLC
c/o Registered Agent:
Carl Anderson
21240 Gran Via Blvd
Land O' Lakes, FL 34637

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard H. Martin, Esquire, Akerman LLP, 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 13 2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_